DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**CARLOS KOSLOFF,**
Appellant,

v.

**CLEAR TO SELL, LLP,**
Appellee.

No. 4D21-1672

[December 16, 2021]

Appeal from the County Court for the Fifteenth Judicial Circuit, Palm Beach County; Edward A. Garrison, Judge; L.T. Case No. 50-2020-SC-011109-XXXX-MB.

Carlos Kosloff, Pompano Beach, pro se.

Marshall J. Osofsky of Law Office of Paul A. Krasker, P.A., West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

GROSS, DAMOORGIAN and CIKLIN, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***